# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THOMAS HAYNES

NO. 2020 KW 0219

**MAY 1 2 2020**

In Re: Thomas Haynes, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 8020772.

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                                **JMM**
                                **MRT**
                                **WRC**

COURT OF APPEAL, FIRST CIRCUIT

    DEPUTY CLERK OF COURT
       FOR THE COURT